tioners. *Messrs. Thomas T. Railey, Harvey G. Combs,* and *James M. Chaney* for respondent.

No. 740. Gelfert, Executor, *v.* National City Bank of New York. March 3, 1941. Petition for writ of certiorari to the Supreme Court of New York granted. *Mr. George Link, Jr.* for petitioner. *Mr. Barney B. Fensterstock* for respondent.

No. 741. Klaxon Company *v.* Stentor Electric Manufacturing Co., Inc. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the first question presented by the petition for the writ. *Messrs. James D. Carpenter, Jr.* and *John Thomas Smith* for petitioner. *Messrs. Murray C. Bernays* and *Paul Leahy* for respondent.

No. 556. Early, Collector of Internal Revenue, *v.* Reid. See *ante,* p. 661.

No. 729. Lomax *v.* Texas. March 10, 1941. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Court of Criminal Appeals of Texas, granted. *Mr. F. S. K. Whittaker* for petitioner.

No. 718. Brooks *v.* Dewar et al. March 10, 1941. Petition for writ of certiorari to the Supreme Court of